■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISHNER DELSULMA, Appellant. [849 NYS2d 870]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Dowling, J.), imposed May 16, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Fisher, Santucci and Carni, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARRY ELDER, Also Known as COREY ELDER, Also Known as COREY WILLIAMS, Appellant. [849 NYS2d 870]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (J. Goldberg, J.), imposed September 29, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Dillon and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL FARRINGTON, Appellant. [849 NYS2d 170]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 11, 1996 (People v Farrington, 225 AD2d 633 [1996]), affirming, inter alia, a judgment of the County Court, Westchester County, rendered March 26, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Prudenti, P.J., Crane, Mastro and Florio, JJ., concur.